UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

MARCO EDMOND,

    Plaintiff,                                **CASE NO.**: 2:21-cv-00824

v.

CHARLOTTE COUNTY, FLORIDA,

    Defendant.

_____/

**PLAINTIFF'S NOTICE OF RESOLUTION**

Pursuant to Local Rule 3.09, Plaintiff, MARCO EDMOND, by and through undersigned counsel, hereby notifies the Court that the above-styled action against Defendant, CHARLOTTE COUNTY, FLORIDA, has been resolved.

Respectfully Submitted,

/s/Frank M. Malatesta, Esq.
FRANK M. MALATESTA
Malatesta Law Office
871 Venetia Bay Blvd., Suite 235
Venice, FL 34285
Telephone: (941) 256-3812
Facsimile: (888) 501-3865
*Attorneys for Plaintiff*
frank@malatestalawoffice.com
staff@malatestalawoffice.com

**CERTIFICATE OF SERVICE**

I hereby certify that on this 25th day of January 2022, I electronically filed the foregoing Notice with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to the following:

Tieman Cole, Esq.
Assistant County Attorney

18500 Murdock Circle
Port Charlotte, FL 33948

Tiernan.Cole@charlottecountyfl.gov

<u>s/Frank M. Malatesta, Esq.</u>
Frank M. Malatesta