```
               UNITED STATES DISTRICT COURT
                MIDDLE DISTRICT OF FLORIDA
                   FORT MYERS DIVISION
```

MARCO EDMOND,

    Plaintiff,

v.                              Case No: 2:21-cv-824-JES-MRM

CHARLOTTE COUNTY, FLORIDA,

    Defendant.

_____

## ORDER

This matter comes before the Court on plaintiff's Notice of Resolution (Doc. #24), filed on January 25, 2022. Plaintiff indicates that the parties have reached a settlement in the case and the Court anticipates a stipulation for dismissal upon finalization.

Accordingly, it is hereby

**ORDERED AND ADJUDGED** that the case is hereby **DISMISSED**, without prejudice and subject to the right of the parties, within **THIRTY (30) DAYS** of the date hereof, to submit a stipulated form of final order or judgment **or** request an extension of time should they so choose, **or** for any party to move to reopen the action, *upon good cause being shown*. After that **THIRTY (30) DAY** period, however, without further notice or order, this dismissal shall be deemed *with prejudice* and judgment will be entered. The Clerk is **directed** to terminate any previously scheduled deadlines and

pending motions, and administratively close the case pending further Order.

**DONE and ORDERED** at Fort Myers, Florida, this __26th__ day of January 2022.

_____
JOHN E. STEELE
SENIOR UNITED STATES DISTRICT JUDGE

Copies:
Counsel of Record